## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fuselier, James | Case Number:  05 B 21642 |
| Fuselier, Christine | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  5/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  March 27, 2008
Confirmed:  September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 151,876.98 | |
| Secured: | | 73,258.92 |
| Unsecured: | | 53,871.23 |
| Priority: | | 6,431.33 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 7,579.37 |
| Other Funds: | | 8,536.13 |
| Totals: | 151,876.98 | 151,876.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Litton Loan Servicing | Secured | 37,050.60 | 37,050.60 |
| 3. | Wells Fargo Fin Acceptance | Secured | 24,911.06 | 24,911.06 |
| 4. | Americredit Financial Ser Inc | Secured | 5,885.70 | 5,885.70 |
| 5. | Litton Loan Servicing | Secured | 5,060.06 | 5,060.06 |
| 6. | City Of Chicago | Secured | 351.50 | 351.50 |
| 7. | Internal Revenue Service | Priority | 6,431.33 | 6,431.33 |
| 8. | Sallie Mae | Unsecured | 6,288.00 | 6,288.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 2,522.83 | 2,522.83 |
| 10. | Short Term Loans LLC | Unsecured | 956.50 | 956.50 |
| 11. | Peoples Energy Corp | Unsecured | 1,404.00 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 1,457.86 | 1,457.86 |
| 13. | ECast Settlement Corp | Unsecured | 346.05 | 346.05 |
| 14. | Internal Revenue Service | Unsecured | 8,294.96 | 8,294.96 |
| 15. | RoundUp Funding LLC | Unsecured | 784.27 | 784.27 |
| 16. | FCNB MC | Unsecured | 200.00 | 200.00 |
| 17. | Sallie Mae | Unsecured | 27,530.49 | 27,530.49 |
| 18. | Americredit Financial Ser Inc | Unsecured | 4,523.51 | 4,523.51 |
| 19. | Crossing Pointe | Unsecured | 209.46 | 209.46 |
| 20. | Protection One | Unsecured | 182.65 | 182.65 |
| 21. | AT&T Wireless | Unsecured | 552.82 | 552.82 |
| 22. | City Of Chicago | Unsecured | 22.09 | 21.83 |
| 23. | Bank First | Unsecured | | No Claim Filed |
| 24. | ARI-Holiday | Unsecured | | No Claim Filed |
| 25. | Blitt & Gaines | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fuselier, James | | Case Number: 05 B 21642 |
| | Fuselier, Christine | | Judge: Wedoff, Eugene R |
| | Printed: 4/22/08 | | Filed: 5/31/05 |

| | | | |
|---|---|---|---|
| 26. | Capital One | Unsecured | No Claim Filed |
| 27. | Arizona Mail Order | Unsecured | No Claim Filed |
| 28. | Fingerhut | Unsecured | No Claim Filed |
| 29. | Ginny's | Unsecured | No Claim Filed |
| 30. | Midnight Velvet | Unsecured | No Claim Filed |
| 31. | Premier Bankcard | Unsecured | No Claim Filed |
| 32. | Colortyme | Unsecured | No Claim Filed |
| 33. | Honey Creek Marketplace | Unsecured | No Claim Filed |
| 34. | Seventh Avenue | Unsecured | No Claim Filed |
| 35. | Maple Street Merchant Card | Unsecured | No Claim Filed |
| 36. | PDL Financial Services | Unsecured | No Claim Filed |
| 37. | PDL Financial Services | Unsecured | No Claim Filed |
| 38. | Newport News | Unsecured | No Claim Filed |
| 39. | Swedish American Medical Group | Unsecured | No Claim Filed |
| 40. | Sprint | Unsecured | No Claim Filed |
| 41. | Through The Country Door | Unsecured | No Claim Filed |
| 42. | Swiss Colony | Unsecured | No Claim Filed |
| 43. | Ronald Scaletta | Unsecured | No Claim Filed |
| 44. | World Financial Network Nat'l | Unsecured | No Claim Filed |

$ 137,165.74     $ 135,761.48

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 2,340.62 |
| 5% | 655.27 |
| 4.8% | 1,211.31 |
| 5.4% | 3,370.65 |
| 6.5% | 1.52 |
| | $ 7,579.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

